UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH D. GILBERTI,

    Plaintiff,

v.

WORLD BANK GROUP, *et al.*,

    Defendant.

Case No. 25-297-TL

ORDER

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $405.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Tana Lin.

Dated this <u>18th</u> day of February, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 1